# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Progressive Mountain Insurance Company, ) | C/A No.: 2:14-cv-4413 DCN |
| Plaintiff, ) | |
| -v- ) | **ORDER** |
| Dana C. McLendon Company, Inc., ) | |
| Defendant. ) | |

This matter is before the court upon the joint motion to stay the Rule 26 deadlines in the court's Conference and Scheduling Order in the above-referenced case, pending the resolution of the motion to remand. This motion was filed on December 22, 2014. It is therefore

**ORDERED,** that the motion to stay is hereby **GRANTED**. This stay shall be in effect until the motion to remand has been resolved.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

December 23, 2014
Charleston, South Carolina